United States District Court
for the
Western District of Washington

In the matter of the Search of
Scott Anthony Orton Residing at
5809 136th ST E Puyallup, WA
98373

Case No. MJ15-5212-03

FILED _____ LODGED _____
RECEIVED _____
NOV 27 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## Request for Emergency Relief

On November 24, 2015, at 6:00 AM, federal authorities seized property belonging to me, and essential in conducting my part-time business which I use to supplement my Social Security Disability Benefits.

I hereby respectfully request an expedited return of my belongings. I am in need of access to my finances, bills etc. I cannot maintain my life expenses without my communications.

As a disabled American, I rely on personal self protection for immediate security, and my computers for times when I can not use handwriting due to my disability.

2 attachments
Scott A Orton
5809 136th ST E
Puyallup WA 98373

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. MJ15 - 5212 -03
Scott Anthony Orton, residing at 5809 136th Street E, )
Puyallup, WA 98373 )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington
*(identify the person or describe the property to be searched and give its location):*

See Attachment A-3, which is incoporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B, which is incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     December 7, 2015
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Any WDWA Magistrate Judge
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     11/23/2015 @ 2:46 pm     _Karen L. Strombom_
                                                                                    Judge's signature

City and state:     Tacoma, Washington               Magistrate Judge Karen L. Strombom
                                                                                    *Printed name and title*

FD-597 (Rev 8-11-94)                                                        Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 266J·SC-6544922

On (date) NOVEMBER 24, 2015

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) SCOTT ANTHONY ORTON
(Street Address) 5809 136TH ST E
(City) PUYALLUP, WA

Description of Item(s):
1. SMITH & WESSON PISTOL, DXV4049
2. TWO (2) MAGAZINES, ONE (1) LOOSE ROUND OF .45
3. PISTOL LIGHT
4. APPLE COMPUTER W82340PQLF4
5. BLACK IPHONE 990002739100178
6. APPLE IMAC COMPUTER
7. MACBOOK AIR LAPTOP & CHARGER C02K602UDRV8
8. MOSSBERG SHOTGUN U293113
9. NIKON CAMERA 3398492
10. CASIO PHONE & CHARGER CVGZ0434945
11. HAND WRITTEN NOTE
12. COMPACT DISCS

Received By: _____ (Signature)
Received From: _____ (Signature)

TACOMA WA 983
OLYMPIA WA

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
1717 PACIFIC AVE Rm 3100
TACOMA WA 98402-3200

98402320099

Scott A. Orton
5809 136th St. E.
Puyallup, WA 98373-5117